STEPHANO FERRARO, Plaintiff, *v.* HENRY WEISMAN and Another, Defendants.

Supreme Court, Nassau County, May 29, 1929.

*Emanuel Levy*, for the plaintiff.

*Aaron Powsner*, for the defendant Weisman.

DRUHAN, J. It is alleged in the complaint that the defendants partially demolished and practically destroyed the house upon the premises with knowledge of the existence of the plaintiff's mortgage, and as a result of such acts the value of the plaintiff's

security was substantially impaired. The matter thus alleged constitutes a wrong for which the law affords a remedy irrespective of the solvency or insolvency of the mortgagor. It must be held, therefore, that the complaint states a cause of action and consequently the defendant's motion is denied.